THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Tracy Mathis, Appellant.
 
 
 

Appeal From York County
Appeal From Aiken County
Diane Schafer Goodstein, Circuit Court
 Judge
Doyet A. Early, Circuit Court Judge
Unpublished Opinion No. 2008-UP-398
Submitted July 1, 2008  Filed July 15,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Deputy Director of Legal Services Teresa A. Knox, Legal Counsel
 Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barbara
 R. Morgan, of Aiken, and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Tracy Mathis appeals his guilty plea and the resulting
 revocation of his probation, arguing the trial court erred by sentencing him to
 four years imprisonment for breaking into a motor vehicle and revoking his
 probation without evidence his failure to report was willful.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Mathiss
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.